UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) ) | No. 4:11CR362 HEA NAB |
| MARQUIS SEDDENS, | ) ) |  |
| Defendant. | ) ) |  |

## ORDER AND SPEEDY TRIAL FINDING

This matter is before the Court on Defendant's Motion to Continue the Motion Deadline [Doc. #22] filed on September 23, 2011. In support of the Motion Defendant stated Counsel is still reviewing discovery materials and interviewing witnesses. Counsel will then need to meet with Defendant to review these materials, discuss the facts they allege, and consider the pretrial motions available to him.

Defendant requested that the pretrial motion deadline previously set for August 26, 2011 be continued and the evidentiary hearing be continued.

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue the Motion Deadline [Doc. #22] is **GRANTED.** Defendant shall have to and including **October 14, 2011** to file any pretrial motions or waiver of motions. The government shall have until **October 21, 2011** to respond.

**IT IS FURTHER ORDERED** that the evidentiary hearing set for **October 7, 2011** shall be continued until **October 31, 2011 at 9:00 a.m.**

**Speedy Trial Finding:** For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the

reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, and therefore, the time granted to Defendant to investigate and properly prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. §§ 3161(c)(1) and 3161(h)(7).

/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of September, 2011.