UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  4:11CR362 HEA NAB |
| ) | |
| MARQUIS SEDDENS, ) | |
| ) | |
| Defendant. ) | |

## ORDER AND SPEEDY TRIAL FINDING

This matter is before the Court on Defendant's Motion to Continue the Motion Deadline [Doc. #25] filed on October 13, 2011.  In support of the Motion Defendant stated:

1. While reviewing discovery and interviewing witnesses, counsel was made aware of an alleged video of the incident contained in a cell phone.

2. The cell phone was seized during the arrest.

3. Counsel has been in contact with assistant United States Attorney, Dean Hoag, to arrange viewing the materials contained in the cell phone.

4. Assistant United States Attorney, Dean Hoag, has no objection to the extension.

Defendant requested that the pretrial motion deadline previously set for October 14, 2011 be continued for fourteen days and the evidentiary hearing be continued.

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue the Motion Deadline [Doc. #25] is **GRANTED.** Defendant shall have to and including **October 28, 2011** to file any pretrial motions or waiver of motions.  The government shall have until **November 4, 2011** to respond.

**IT IS FURTHER ORDERED** that the evidentiary hearing set for **October 31, 2011** shall be continued until **November 10, 2011 at 10:00 a.m.**

**Speedy Trial Finding:** For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, and therefore, the time granted to Defendant to investigate and properly prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. §§ 3161(c)(1) and 3161(h)(7).

/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of October, 2011.