UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) ) | No. 4:11CR362 HEA NAB |
| MARQUIS SEDDENS, | ) ) ) |  |
| Defendant. | ) |  |

## ORDER AND SPEEDY TRIAL FINDING

This matter is before the Court on Defendant's Motion to Extend time to File Pretrial Motions [Doc. #33] filed on November 21, 2011. In support of the Motion Defendant stated:

1. Discovery has been ongoing, as counsel received the most recent materials twelve (12) days ago.

2. Defendant reviewed relevant videos just last week.

3. Defendant faces a difficult decision in this case as there are multiple complicated Fourth Amendment issues at play.

4. Additionally, the United States Attorney's Office has suggested it will file a Superceding Indictment which would contain a twenty-five (25) year mandatory minimum charge should Defendant move forward with this motion.

5. Defendant, through counsel, has discussed this matter with assistant United States attorney Dean Hoag. Mr. Hoag has no objection to the extension.

Defendant requested that the pretrial motion deadline previously set for November 21, 2011 be continued for ten days.

**IT IS HEREBY ORDERED** that Defendant's Motion to Extend Time to File Pretrial Motions [Doc. #33] is **GRANTED.** Defendant shall have to and including **December 1, 2011** to file any pretrial motions or waiver of motions. The government shall have until **December 8, 2011** to respond. **No further extensions will be granted without show of good cause.**

**IT IS FURTHER ORDERED** that the evidentiary hearing set for **November 28, 2011** shall be continued until **December 12, 2011** at **10:00 a.m.**

**Speedy Trial Finding:** For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, and therefore, the time granted to Defendant to investigate and properly prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. §§ 3161(c)(1) and 3161(h)(7).

/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of November, 2011.