UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 4:11CR362 HEA |
|  | ) |  |
| MARQUIS JEROME SEDDENS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter is reset to Tuesday, June 12, 2012, at 10:30 a.m. in the courtroom of the undersigned.

Dated this 26th day of April, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE